# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                       **Case Number: 5:00-cr-18-Oc-10GRJ**

**KELSEY RAFUS**

                                                **USM Number: 28978-018**

                                                David Wilson, CJA
                                                201 SW Second Street, Suite 101
                                                Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge number 1 through 7 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of marijuana less than 20 grams in violation of the conditions of supervision | September 21, 2008 |
| 2 | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Release | March 2009 |
| 3 | Failure to work regularly at a lawful occupation in violation of Condition 5 of the Standard Conditions of Release | March 20, 2008 |
| 4 | Failure to notify ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Release | September 28, 2008 |
| 5 | Possession of a controlled substance in violation of Condition 7 of the Standard Conditions of Release | September 21, 2008 |
| 6 | Positive urinalysis for marijuana in violation of Condition 7 of the Standard Conditions of Release | September 24, 2008 |
| 7 | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | September 26, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: July 23, 2009

*[signature]*

UNITED STATES DISTRICT JUDGE

July 23, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months, with no term of supervised release to follow.**

Court Recommends:

That defendant be designated for commitment of service at FCI Jesup, Georgia.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal